UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:00-cr-00137-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Vs. | ) ORDER |
| JAYLAR TASSMALL BYERS, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's pro se Motion for Early Termination of Supervision. While the court will consider such a request, it must be accompanied by a signed statement from defendant's supervising officer recommending such relief. Having considered defendant's pro se motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion for Early Termination of Supervision (#371) is DENIED without prejudice.

Signed: October 2, 2015

Max O. Cogburn Jr
United States District Judge